In the Matter of the Application of Nathaniel N. Shire, Appellant, for a Writ of Mandamus against Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of Daniel Wolff, Respondent, for a Peremptory Writ of Mandamus against James J. Fleming, Commissioner of Public Safety of the City of Yonkers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

John D. Killian, Respondent, v. Peter Hansen, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

In the Matter of Joseph M. Cogan, an Attorney.— Application granted, and respondent disbarred. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of Samuel F. Edmead, an Attorney.— Proceedings dismissed. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply, etc., Hill View Reservoir, Section No. 1. Third Report.— Motion for reargument granted and case set down for April 18, 1910. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply, etc., Kensico Reservoir, Section No. 6. First Report.— Motion for reargument granted and case set down for April 18, 1910. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of the Judicial Settlement of the Account of Percy Hinchman, as Administrator, etc., of George W. Hinchman, Deceased.— Motion for leave to perfect appeal denied, with costs. No merits for the appeal are shown in the moving papers. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

In the Matter of Mark Sugarman, an Attorney.— Proceedings dismissed, with the admonition of the court, however, that the respondent must be careful not to offend again. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.